George D. FARQUHAR, Petitioner–
Appellant,

v.

N. Lee CONNER, Warden,
Respondent–Appellee.

No. 03–40459.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2003.

Before HIGGINBOTHAM, DAVIS and
PRADO, Circuit Judges.

PER CURIAM.*

George D. Farquhar ("Farquhar"), federal
prisoner number 28074–077, appeals
the district court's order denying and dismissing
with prejudice his application for
writ of habeas corpus. Because he challenges
his conviction and not the manner
in which his sentence is being executed,
Farquhar must satisfy the requirements
for filing a 28 U.S.C. § 2241 petition under
28 U.S.C. § 2255's "savings clause." See
Pack v. Yusuff, 218 F.3d 448, 448 (5th
Cir.2000).

Farquhar has not met his burden of
showing that he meets the requirements
for filing a § 2241 petition under the savings
clause of § 2255. Farquhar must
point to a retroactively applicable Supreme

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Court decision which establishes that he may have been imprisoned for conduct that was not prohibited by law and show that his claims were foreclosed by circuit law at the time of his guilty-plea conviction, appeal, or first § 2255 motion. *See Reyes–Requena v. United States,* 243 F.3d 893, 903–04 (5th Cir.2001). Farquhar's arguments do not satisfy both of the above requirements.

AFFIRMED. All outstanding motions are DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.